IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00074-DDD-TPO

ERIC COOMER, Ph.D,

    Movant,

v.

PIN BUSINESS NETWORK, INC.,

    Respondent.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 19, 2025.**

    This matter comes before the Court upon its own review of the case record.

    Movant commenced this civil action to compel PIN Business Network, Inc., to comply with a document subpoena. ECF 1. Thereafter Movant filed a Notice [ECF 5] to report that he had served PIN Business Network, Inc. with the Motion to Compel. PIN Business Network, Inc., did not respond to the Motion. In that Notice [ECF 5], Movant added that "attempts to produce the documents subpoenaed are underway at this time," and should Movant "learn of any deficiencies in the production, he will address same with the Court." Movant filed that Notice on September 26, 2025.

    The lack of any subsequent activity suggested that the Parties had resolved the dispute.

    On November 25, 2025, this Court instructed Movant to provide a status update. ECF 6. This Court instructed Movant to address whether PIN Business Network, Inc., had complied with its obligations under the subpoena. This Court also instructed Movant to advise whether this Court may deny his Motion to Compel as moot and close this civil action. Movant did not file the requested Status Update Notice, and the December 15, 2025 deadline to do so has passed.

    This Court therefore **SETS** this matter for a Status Conference on **January 14, 2026 at 9:30 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado, 80294.

    <u>Movant shall send a copy of this Minute Order to Respondent PIN Business Network, Inc., by email and regular mail.</u>

    This is an <u>in-person</u> proceeding. However counsel who are outside Colorado may appear remotely by using the attached Cisco Meeting App Instructions.

# Cisco Meeting App Instructions

# Judge Timothy P. O'Hara

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

    https://meet.uc.uscourts.gov/meeting/132776284?secret=zBLYIdFg6VOwZOeT6yeqNw

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

    2221100@uc.uscourts.gov  Meeting ID- 132776284#

- For Audio Only:

    - Phone: 571-353-2301, then enter 132776284#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    **Family Member/Public/Media "listen" to hearing:**

    571-353-2301
    Access Code: 061746309#