**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 25-mc-00074-DDD-TPO

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**STATUS REPORT**

---

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Status Report.

1.    The Court conducted a telephone status conference on January 28, 2026.

2.    During the status conference, Plaintiff indicated that he had received certain documents from PIN Business Network (PIN) that appeared to require certain redactions. Rather than alter or manipulate the documents in any way, Plaintiff sent an email to Joseph Oltmann of PIN, wherein he provided links to the documents at issue and requested that PIN return redacted copies by Tuesday, February 3.

3.    On Wednesday, February 4, undersigned counsel sent an email to Mr. Oltmann noting the deadline for the filing of this status update and requesting that PIN return redacted copies.

4.    At 10:32 AM, Mr. Oltmann responded, stating, "I updated the Files. I will resend the link. Stand by."

1

2

5.  As of this filing, Plaintiff has not received any link or any redacted files.

6.  In light of this circumstance, Plaintiff requests the Court set another status conference sometime in the next two to three weeks.  Plaintiff will alert the Court if responsive documents are produced in the interim, and if so will request that the Court vacate any scheduled hearing upon receipt.

Respectfully submitted this 4th day of February 2026.

                                                        */s/ Bradley A. Kloewer*
Charles J. Cain, CO No. 51020
ccain@cstrial.com
Bradley A. Kloewer, CO No. 50565
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)
**ATTORNEYS FOR PLAINTIFF**

2